IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ERIC D. WHEELER, | : | |
| Plaintiff, | : | Case No. 3:13cv00290 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| DAYTON POLICE DEPARTMENT,<br>et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

**ORDER**

Plaintiff Eric D. Wheeler, a resident of Dayton, Ohio, brings this case *pro se* naming as Defendants the Dayton Police Department, as well as Police Officers Michael L. Skidmore, Charles Hurley, and Greg Mills.  (Doc. #2, *PageID#* 12-13).  Plaintiff challenges the Officers' actions during an incident at his apartment in August 2013.  (*Id.*).

On September 25, 2013, Defendants Skidmore, Hurley, and Mills timely filed their Answer.  (Doc. #8).  On March 24, 2014, Plaintiff filed a motion requesting default judgment be entered against the Dayton Police Department because – unlike Defendants Skidmore, Hurley, and Mills –  it did not file an answer. (Doc. #10, *PageID#* 83).  Defendants thereafter filed a memorandum in opposition, contending the Dayton Police Department is not *sui juris*, not an independent suable legal entity.  (Doc. #11, *PageID##* 89-90).

Indeed, the Dayton Police Department is not *sui juris* and therefore Plaintiff may not pursue claims against it.  See *Williams v. Dayton Police Dep't*., 680 F. Supp. 1075, 1080 (S.D. Ohio 1987); *see also Jones v. Marcum*, 197 F. Supp. 2d 991, 997 (S.D. Ohio 2002).  Accordingly, Plaintiff's request for default judgment against the Dayton Police Department lacks merit.

### IT IS THEREFORE ORDERED THAT:

Plaintiff's Motion for Default Judgment (Doc. #10) is **DENIED**.


May 6, 2014

                                                  s/Sharon L. Ovington
                                                   Sharon L. Ovington
                                   Chief United States Magistrate Judge